**Dismissed and Corrected Memorandum Opinion filed January 30, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-13-01053-CV

**RAMESH KAPUR D/B/A AIC MANAGEMENT COMPANY, Appellant**

**V.**

**THE CITY OF BAYTOWN, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-00556**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 26, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 3, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Busby and Donovan.